

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2020

No. 04-20-00426-CV

**IN THE INTEREST D.A., JR., DECEASED,**

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-18-70
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellees' motion to dismiss the notice of appeal is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court